FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 7 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES REISING, JR., <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, <br><br> Defendant. | Case No. SACV 12-01543 ABC (AN) <br><br> ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Plaintiff's corresponding Reply [17]. Further, the Court has completed a *de novo* review of those portions of the R&R to which Petitioner has replied.

IT IS ORDERED that:

1. The Court finds Plaintiff's Reply fails to identify any points or authorities that show the findings set forth in the R&R are legally or factually erroneous. Accordingly, the Court accepts the findings and recommendation of the R&R.

2. Judgment shall be entered dismissing this action with prejudice because it is time barred.

1      3.     Any and all other pending motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

*[signature: Audrey B. Collins]*

Dated: August 5, 2013

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE