FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 7 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES REISING, JR., <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, <br><br> Defendant. | Case No. SACV 12-01543 ABC (AN) <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT the Commissioner's final decision is affirmed, and that this action is dismissed with prejudice.

Dated: August 5, 2013

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE